IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, | No. C 10-235 SI |
| Plaintiff, | **ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE; DISMISSING CLAIMS AGAINST OTHER DEFENDANTS WITHOUT PREJUDICE** |
| v. | |
| D.R. HORTON INC., *et al.*, | |
| Defendants. | |

On April 2, 2010, the Court held a hearing on the federal defendants' motion to dismiss the complaint. Also on April 2, 2010, plaintiff filed a Notice of Voluntary Dismissal stating he wishes to dismiss all of his claims without prejudice.

Plaintiff's complaint alleges that federal District Judges Armstrong, Benitez, Edenfield and Reidinger violated plaintiff's rights by issuing certain orders, and thus alleges liability based on acts performed by these judges in their capacity as judges. A federal judge is absolutely immune from civil liability for acts performed in his judicial capacity. *Pierson v. Ray*, 386 U.S. 547, 553-55 (1967); *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996). Therefore, plaintiff's claims against Judges Armstrong, Benitez, Edenfield and Reidinger are DISMISSED with prejudice.

Based on plaintiff's Notice of Voluntary Dismissal, plaintiff's remaining claims are dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 2, 2010

SUSAN ILLSTON
United States District Judge