IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, | No. C 10-235 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| D.R. HORTON INC., *et al.*, | |
| Defendants. | |

Plaintiff's claims against federal District Judges Armstrong, Benitez, Edenfield and Reidinger are dismissed with prejudice. Plaintiff's remaining claims are dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 2, 2010

SUSAN ILLSTON
United States District Judge