IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, | No. C 10-235 SI |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF NOT TO FILE ANY FURTHER DOCUMENTS IN THIS CLOSED CASE** |
| v. | |
| D.R. HORTON INC., *et al.*, | |
| Defendants. | |

On April 2, 2010, the Court dismissed this case and entered judgment. Since that date, plaintiff has filed numerous documents in this closed case. **Plaintiff is hereby directed not to file any further documents in this closed case**.

**IT IS SO ORDERED.**

Dated: May 23, 2013

SUSAN ILLSTON
United States District Judge